AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Herbert York,<br>*Plaintiff*<br>v.<br><br>Sgt. Ms. Williamson *in her individual capacity*; Mr. Goodson *Mental Health Counselor in his individual capacity*,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.    1:20-cv-01367-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Herbert York, shall take nothing of the defendants, Sgt. Ms. Williamson *in her individual capacity* and Mr. Goodson *Mental Health Counselor in his individual capacity* and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M Gergel, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   February 12, 2021                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                    s/L. Baker
                                                           _____
                                                              *Signature of Clerk or Deputy Clerk*